IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>Defendants-Appellants. | No. 18-56292 |

**APPELLANTS' MOTION TO WITHDRAW MOTION FOR STAY OF BRIEFING**

Appellants hereby move to withdraw the previously-filed request to stay briefing. Because the Court had not acted on the motion at the time of the December 28, 2018 briefing deadline, appellants filed their reply brief on that day. Thus, appellants respectfully request the Court allow them to withdraw the motion, or else deny it as moot.

Respectfully submitted,

MARK B. STERN
DANIEL TENNY
KATHERINE TWOMEY ALLEN

*s/ Laura E. Myron*
LAURA E. MYRON
BRAD HINSHELWOOD
  Attorneys, Appellate Staff
  Civil Division, Room 7228
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 514-4819

DECEMBER 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

    *s/ Laura E. Myron*
    LAURA E. MYRON

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 56 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Book Antiqua 14-point font, a proportionally spaced typeface.

<u>s/ Laura E. Myron</u>
LAURA E. MYRON